# United States Court of Appeals for the Fifth Circuit

No. 22-60295

United States Court of Appeals
Fifth Circuit

**FILED**

November 28, 2022

Lyle W. Cayce
Clerk

CHRISTOPHER MAURICE MCDOWELL,

*Plaintiff—Appellant*,

*versus*

CARLTON W. REEVES,

*Defendant—Appellee*.

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:21-cv-00722

Before JONES, HAYNES, and OLDHAM, *Circuit Judges*.

PER CURIAM:[*]

After carefully reviewing the record and the brief filed by Christopher Maurice McDowell, we conclude that no non-frivolous issue is presented for review. *See* 5TH CIR. R. 42.2. Appeal DISMISSED.

---

[*] Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.